# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

VINCENT WU, DYLAN ARANA, GRIFFIN BRANHAM, KEITH DEZMIN, PHIL MAY, DANIEL MCBRIDE, JEFF O'TOOLE, ADAM PATTACHIOLA, SEONG-YOUP SUH, JOHN TWIGG, THOMAS WEILAND and KELLY WILLIAMS SCHELL,

    Plaintiffs,

  -against-

BITFLOOR, INC. and ROMAN SHTYLMAN,

    Defendants.

-----------------------------------------------------------X

19 **CIVIL**238 (RA)

**JUDGMENT**

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 15, 2020, the Court grants Defendants' motion to dismiss the CEA claim as time-barred and declines to exercise jurisdiction over Plaintiffs' state law claims, accordingly, this case is closed.

**Dated:** New York, New York

  May 18, 2020

                   **RUBY J. KRAJICK**
                  _____
                  **Clerk of Court**
           **BY:**
                  **Deputy Clerk**